IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN ARNOLD,

    Defendant.

Case No. 3:17cr186

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER (DOC. #12), WITHOUT PREJUDICE TO RENEWAL AFTER EVENT CERTAIN; REASONING SET FORTH

---

Based upon a thorough reading of the November 15, 2017, initial report of the Pretrial Services Office, as well as the Memorandum of the Defendant, filed in support of his Motion to Revoke Detention Order (Doc. #12), said Motion is deemed by this Court to be not well taken and is, therefore, OVERRULED in its entirety, without prejudice to renewal following an event certain, as set forth below.

In sum, this Court concludes that there is no condition or combination of conditions sufficient to guarantee the appearance of the Defendant when required and the safety of any other person and the community. Said conclusion is based, *inter alia,* upon the following: Defendant has eleven prior felonies, in addition to numerous misdemeanors. Given Defendant's past record, the instant offense, being a felon in possession of a firearm, is deemed by this Court to be even more serious than its name would indicate. Further, Defendant has several failures to appear, as well as a history of driver's license violations, to wit: five violations of the Driver's

License Law and three Driving under Suspension convictions.

Finally, Defendant has a number of non-compliant/violations while on prior supervision.

The overruling of this Defendant's Motion is without prejudice to renewal, following the oral and evidentiary hearing on the Defendant's Motion to Suppress Evidence, presently set for January 24, 2018. Conducting that hearing will enable the Court to have a far better understanding of the facts upon which a duly impaneled Grand Jury found probable cause to indict. Accordingly, depending upon said evidence, this Court might well be receptive to a renewed Motion for Relief from Detention Order.

January 5, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record